Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John F. Grady | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 02 C 1238 | **DATE** | February 12, 2003 |
| **CASE TITLE** | Mitsubishi v. Thompson Tool & Manf Co | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
      ☐ FRCP4(m)   ☐ General Rule 21   ☐ FRCP41(a)(1)   ☐ FRCP41(a)(2).
(10) ■ [Other docket entry]   Plaintiff/counter-defendant's motion for summary judgment on its first amended complaint and on defendant's counterclaim [18-1, ____] is granted. The parties are requested to submit an appropriate judgment order, containing the proper amount of prejudgment interest by February 26, 2003. ENTER MEMORANDUM OPINION.

(11) X [For further detail see order (on reverse side of/attached/to) the original minute order.]

| | No notices required, advised in open court. | | | Document Number |
|---|---|---|---|---|
| | No notices required. | | number of notices | |
| | Notices MAILED by judge's staff. | | | |
| | Notified counsel by telephone. | | date docketed | 28 |
| X | Docketing to mail notices. | | docketing deputy initials | |
| | Mail AO 450 form. | | | |
| | Copy to _____ | | FEB | |
| | | | date mailed notice | |
| KAM | courtroom deputy's initials | | | |
| | | Date/time received in central Clerk's Office | mailing deputy initials | |

(Reserved for use by the Court)

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**DOCKETED**

**FEB 1 3 2003**

| | |
|---|---|
| MITSUBISHI HEAVY INDUSTRIES AMERICA, INC., ) ) ) Plaintiff/Counter-defendant, ) ) v. ) ) THOMPSON TOOL & MANUFACTURING COMPANY, INC., ) ) ) Defendant/Counter-plaintiff. ) | No. 02 C 1238 Hon. John F. Grady |

## MEMORANDUM OPINION

The court has considered the memoranda and other materials submitted by the parties on plaintiff counter-defendant Mitsubishi Heavy Industries America, Inc.'s motion for summary judgment on its first amended complaint and defendant's first amended counterclaim. There may be a factual issue as to plaintiff's holder in due course claim contained in Count II of its complaint, and we decline to grant plaintiff summary judgment on that claim. However, we are satisfied that there is no genuine issue of material fact as to plaintiff's breach of contract claim contained in Count I of its complaint. Although there were problems with the machine as delivered in the first instance, the parties agreed to a reduction of the purchase price, the performance of certain repairs by the



plaintiff and an extension of the warranty period. This resulted in an accord and satisfaction. There is no question as to the terms of the accord and satisfaction, because they are clearly set forth in the signed correspondence of the parties, Plaintiff's Statement of Material Facts, ¶ 12, Tab 3. Defendant's president even sent a letter dated June 29, 2001 acknowledging that as of that time there were "no unresolved issues with the machine" and that defendant owed plaintiff the balance of $175,000. Id. at Ex. 6.

The accord and satisfaction also resolves the defendant's counterclaim.

Plaintiff's motion for summary judgment will be allowed on both its complaint and defendant's counterclaim.

Date:   February 12, 2003

ENTER:  _____
        John F. Grady, United States District Judge